United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-  
Brian Joseph Roberts

Case No. 2:24-cr-189

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge Sarah D. Morrison | | Date: 7/1/2025 at 10:30 | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Emily Czerniejewski |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Laura Byrum |
| Interpreter | | Pretrial/Probation: | Kristin Clark |
| Log In | | Log Out | |

The defendant is sentenced to a term of 360 months imprisonment on Count 1, and 240 months imprisonment on Count 2 of the Information to be served concurrently.
The defendant is sentenced to a lifetime term of Supervised Release on Counts 1 and 2 of the Information to be served concurrently.
No fine imposed.
A special assessment of $200 is imposed.
No AVAA assessment is imposed.
**The Court reserves judgment on restitution to a future date.**
The Court imposes a JVTA of assessment of $10,000.
A Final Order of Forfeiture will be filed with the Court later.
The defendant is remanded to the custody of the USMS.